908

No. 86–5926.  GRESCHNER ET AL. v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 86–5964.  NELSON v. SOLEM, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 86–5986.  MATARESE v. LEFEVRE, SUPERINTENDENT, CLINTON CORRECTION FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 86–5987.  RODRIGUEZ v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 86–5992.  COLEMAN v. WHITE, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 86–5993.  CUEVAS v. HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 86–6062.  STRAUDER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 86–6076.  COURTNEY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 86–6125.  THOMPSON v. OLSON ET AL.  C. A. 1st Cir. Certiorari denied.

No. 86–6154.  TOWNSEND v. FOLTZ, ADMINISTRATOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 6th Cir. Certiorari denied.

No. 86–6160.  HAINES v. STAGNER, SUPERINTENDENT, CORRECTIONAL TRAINING FACILITY AT SOLEDAD.  C. A. 9th Cir. Certiorari denied.

No. 86–6164.  DIXON v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 86–6166.  GARCIA v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 86–6167.  AL-JAAMI v. HARRISON ET AL.  C. A. 6th Cir. Certiorari denied.